

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| AMERICAN CONTRACT FURNITURE, LLC, MICHAEL SANTOS, and MARTHA SANTOS, | § | No. 08-24-00403-CV |
| | § | Appeal from the |
| Appellants, | § | 41st Judicial District Court |
| v. | § | of El Paso County, Texas |
| MAKARIC CORPORATION, | § | (TC# 2024DCV0658) |
| Appellee. | | |

### <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On November 26, 2024, the Clerk of this Court sent Appellants a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs). The letter notified Appellants that the appeal would be subject to dismissal on or after December 16, 2024, unless Appellants paid the filing fee or showed they were excused from payment. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellants have not paid the filing fee or shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 43.3(c).


GINA M. PALAFOX, Justice

December 20, 2024

Before Alley, C.J., Palafox and Soto, JJ.